IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CIARA WILLIAMSON, :
:
    Plaintiff, :
:
v. :
:
33 REALTY MANAGEMENT, : CIVIL ACTION NO.
: 1:18-CV-00318-AT
:
    Defendant. :

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation [Doc. 6] that the cause of action be dismissed.

No objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. For the reasons stated in Magistrate Judge's Report and Recommendation, this cause of action is **DISMISSED**.

The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 10th day of April, 2018.

_____
**Amy Totenberg**
**United States District Judge**